# EXHIBIT 1

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002241677 / 2021-01-27

Application Title: David Bowie

Title:             David Bowie. [Group registration of published photographs.
                      54 photographs.  1995-08-01 to 1995-08-01]

Description:       54 photographs : Electronic file (eService)

Copyright Claimant:
                   Gavin Evans.

Date of Creation:  1995

Publication Begin/End Dates:
                   1995-08-01 to 1995-08-01

Nation of First Publication:
                   United Kingdom

Authorship on Application:
                   Gavin Evans; Domicile: Germany; Citizenship: Germany.
                      Authorship: photographs.

Rights and Permissions:
                   Gavin Evans, Carmer Strasse 1, Berlin, 10623, Germany, +49
                      157 58542609, info@gavinevans.com

Copyright Note:    Regarding title information: Deposit contains complete list
                      of titles that correspond to the individual photographs
                      included in this group.
                   Regarding group registration: A group of published
                      photographs may be registered on one application with
                      one filing fee only under limited circumstances. ALL of
                      the following are required: 1. All photographs (a) were
                      created by the same author AND (b) are owned by the same
                      copyright claimant AND (c) were published in the same
                      calendar year AND 2. The group contains 750 photographs
                      or less AND 3. A sequentially numbered list of
                      photographs containing the title, file name and month of
                      publication for each photograph included in the group
                      must be uploaded along with other required application
                      materials. The list must be submitted in an approved
                      document format such as .XLS or .PDF. The file name for
                      the numbered list must contain the title of the group
                      and the Case Number assigned to the application.

Names:             Evans, Gavin

================================================================================
```

